# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KEONARINE KHAM, | ) |
| Petitioner, | ) |
| v. | ) 4:07-cv-01587-KOB-JEO |
| SCOTT HASSELL, CHIEF OF OPERATION, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The petitioner, Keonarine Kham, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks release pending his repatriation to Thailand.

On November 19, 2007, the respondent filed a motion to dismiss this action as moot premised upon the petitioner being released on an Order of Supervision on November 9, 2007. Therefore, the respondent asserts that there is no longer a case or controversy between the parties.

The court agrees with the respondent. Accordingly, this action is due to be dismissed. An appropriate order will be entered.

**DONE**, this 19th day of December, 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE